UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA

No. 2:13-CR-12-BO-1

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| RONNIE LOUIS HUNTER, JR. | ) |

ORDER ON MOTION TO SEAL

THIS MATTER is before the Court on defendant's motion to seal his sentencing memorandum and any accompanying documents which ought to be sealed..

FOR GOOD CAUSE SHOWN, the motion is ALLOWED.

SO ORDERED, this the _17_ day of _October_ 2013.

_____
HON. TERRENCE W. BOYLE
United States District Court Judge